**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DANIEL CHRISTOPHER RAMSEY, | ) | NO. CV 10-6536-PA (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LOS ANGELES SUPERIOR COURT, | ) | |
| Respondent. | ) | |

   Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

   IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: September 4, 2010

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE